

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

No. 06-23-00064-CV

---

IN THE MATTER OF THE MARRIAGE OF SAMANTHA YVETTE VALENZUELA
AND ANGEL EZAU VALENZUELA AND
IN THE INTEREST OF S.E.V., A MINOR CHILD

---

On Appeal from the County Court at Law No. 1
Starr County, Texas
Trial Court No. CC-23-339

---

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Chief Justice Stevens

## MEMORANDUM OPINION

The appellant filed a motion with this Court seeking to voluntarily dismiss this appeal.[1]

Pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure, the motion is granted.

*See* TEX. R. APP. P. 42.1(a)(1). Accordingly, we dismiss this appeal.

> Scott E. Stevens
> Chief Justice

Date Submitted:    September 11, 2023
Date Decided:    September 12, 2023

---

[1]Originally appealed to the Fourth Court of Appeals, this case was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE ANN. § 73.001.